Argued and submitted June 12,
reversed and remanded August 18, 1980

In the Matter of the Compensation of
BILLINGS,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(No. 79-1924, CA 16814)

615 P2d 401

Don G. Swink, Portland, argued the cause and filed the brief for petitioner.

Darrell E. Bewley, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM

**PER CURIAM.**

In this workers' compensation case claimant was awarded 20 percent unscheduled disability for a compensable head injury by the referee. The Workers' Compensation Board reversed the referee's order and held that claimant was entitled to no permanent disability benefits.

On *de novo* review we conclude that the referee's opinion and order is correct. Accordingly, the order of the Workers' Compensation Board is reversed and the case is remanded for entry of an order affirming the order of the referee.

Reversed and remanded.